# UNITED STATES DISTRICT COURT
for the
Western District of Texas

2020 MAR -3 AM 10: 53

United States of America
v.

Miguel Angel CARRASCO-Soto
*Defendant(s)*

Case No. EP20mj1017 ATB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 1, 2020__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received consent to reapply for admission from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Ramon Alba
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: March 3, 2020

*Judge's signature*

City and state: El Paso, Texas

Anne T. Berton
United States Magistrate Judge

## FACTS

That on or about March 1, 2020, the DEFENDANT, CARRASCO-Soto, Miguel Angel, a native and citizen of Mexico, entered the United States at the Union Pacific Railyard in El Paso, Texas by eluding inspection through the train bridge.

Border Patrol Agent Mowry assisted with apprehending the DEFENDANT and turned him over to Customs and Border Protection Officers Boyle and Ramirez. The DEFENDANT stated he was born in Durango, Mexico, did not have legal documents to enter the United States and he was traveling to Sacramento, CA to look for employment. The DEFENDANT was transported to the Paso Del Norte Port of Entry Passport Control Secondary (PCS) for further processing.

In PCS, CBP Officer Mora served the DEFENDANT Form I-214 Warning as to Rights in Spanish, which he read, understood, signed and agreed to give a sworn statement without the benefit of counsel.

In a sworn statement the DEFENDANT stated he knew it is against the law to enter the United States without being inspected and that he paid $2,000 dollars to an unknown subject in Ciudad Juarez to instruct him on how to enter the United States at the Railyard. The DEFENDANT also stated the unknown subject would contact him by phone and make travel arrangements to California for an additional $2,000 dollars once the DEFENDANT made it into the United States.

The DEFENDANT's fingerprints were digitally scanned and database records revealed the DEFENDANT was previously removed from the U.S. on or about August 2, 2019. Further immigration records indicate the DEFENDANT has not applied for, nor received permission from the U.S. Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

### CRIMINAL RECORD

None can be established at this time.

### IMMIGRATION RECORD

08/02/2019 - The DEFENDANT was removed on or about August 2, 2019 from the U.S. to Mexico through the Paso Del Norte Port of Entry.